UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DREW,<br><br>             Plaintiff,<br><br>      v.<br><br>SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>             Defendants. | No.  2:15-cv-2438 CKD P<br><br><br>ORDER |

On February 24, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Plaintiff was warned that failure to file an amended complaint within 30 days would result in dismissal.  The thirty day period has now expired, and plaintiff has not filed an amended complaint.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  April 12, 2016

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
drew2438.fta